No. 727. Ivy *v.* Katzenbach, Attorney General, et al. C. A. 7th Cir. Certiorari denied. *Leonard R. Hartenfeld* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for respondents. ▮

No. 618. Winckler & Smith Citrus Products Co. et al. *v.* Sunkist Growers, Inc., et al. C. A. 9th Cir. Motion to dispense with printing the petition for writ of certiorari granted. Certiorari denied. Mr. Justice Fortas took no part in the consideration or decision of this motion and petition. *Bernard Reich* for petitioners. *Ross C. Fisher* and *Herman F. Selvin* for respondents.

No. 622. Pacific Coast European Conference et al. *v.* United States et al. C. A. 9th Cir. Motion of Dow Chemical Co. et al. to be added as parties respondent granted. Certiorari denied. *Robert L. Harmon* for petitioners. *Solicitor General Marshall, Assistant Attorney General Turner, Irwin A. Seibel, Milan C. Miskovsky* and *Walter H. Mayo III* for the United States et al. ▮

No. 625. Auerbach et al. *v.* United States. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Joseph J. Lyman* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States. ▮

No. 38, Misc. Conway *v.* Virginia. Cir. Ct. Arlington County, Va. Certiorari denied. *Francis G. Molinaro* for petitioner.